**FILED**
October 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DUKE NOTTINGHAM,<br><br>        Defendant. | Case No. 2:09-mj-307 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DUKE NOTTINGHAM</u>, Case <u>2:09-mj-307 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    <u>X</u>  Unsecured bond in the amount of <u>$50,000.00 to be co-signed by Linda Nottingham and to the third party custody of Linda Nottingham.</u>

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    <u>X</u>  (Other) <u>Pretrial conditions/supervision. Defendant to surrender passport by close of business 10/26/2009..</u>

Issued at <u>Sacramento, CA</u> on <u>10/22/09</u>   at  3:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge